# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| **MICHELE RENAE BLOUNT,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | CASE NO: 23-1135-STA-tmp |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER GRANTING SENTENCE FOUR REMAND** entered on August 31, 2023, the decision of the ALJ is reversed and this case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

DATE: 9/1/2023

Wendy R. Oliver
Clerk of Court

s/Maurice B. BRYSON

(By)   Deputy Clerk